IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Estate Litigation Trust and as Trustee for the DBSI Private Actions Trust,<br><br>            Plaintiff,<br><br>      v.<br><br>HIRSCHLER FLEISCHER, P.C., *et al.*<br><br>            Defendants. | Civil Action No. 1:11-cv-0614-LPS |

## CERTIFICATION OF SERVICE

I, Natasha M. Songonuga, of full age, hereby certify as follows:

1.  I am an associate with the law firm of Gibbons P.C., counsel for James R. Zazzali ("Trustee"), the trustee of the DBSI Estate Litigation Trust created under the *Second Amended Joint Chapter 11 Plan of Liquidation Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors*, which was confirmed by Order dated October 26, 2010.

2.  On December 8, 2011, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of the following:

    - LETTER TO THE HONORABLE LEONARD P. STARK, U.S.D.J., REGARDING THE [CORRECTED] MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(1);

    - THE TRUSTEE'S [CORRECTED] MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(1);

3.       In addition, on December 8, 2011, I caused the above document to be served by electronic mail on the parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I certify that the foregoing statements made by me are true.  I am aware that if any of the above statements are false, I am subject to punishment.

Dated: December 8, 2011

/s/ Natasha M. Songonuga
Natasha M. Songonuga, Esq. (5391)
**GIBBONS P.C.**
1000 N. West Street
Suite 1200
Wilmington, DE  19801
Telephone:  (302) 295-4875
Facsimile:  (302) 295-4876
E-mail:  nsongonuga@gibbonslaw.com

-and-

Brian J. McMahon, Esq.
E. Evans Wohlforth, Jr., Esq.
Debra A. Clifford, Esq.
One Gateway Center
Newark, NJ 07102-5310
E-mail:  bmcmahon@gibbonslaw.com

*Counsel to James R. Zazzali, Trustee for the DBSI Estate Litigation Trust and Trustee for the DBSI Private Actions Trust*