# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Estate Litigation Trust and as Trustee for the DBSI Private Actions Trust,<br><br>        Plaintiff,<br><br>   v.<br><br>HIRSCHLER FLEISCHER, P.C., *et al.*<br><br>        Defendants. | Civil Action No. 1:11-cv-0614-LPS |

## CERTIFICATION OF SERVICE

I, Natasha M. Songonuga, of full age, hereby certify as follows:

1. I am an associate with the law firm of Gibbons P.C., counsel for James R. Zazzali ("Trustee"), the trustee of the DBSI Estate Litigation Trust created under the *Second Amended Joint Chapter 11 Plan of Liquidation Filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditors*, which was confirmed by Order dated October 26, 2010.

2. On December 23, 2011, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System, a copy of the following:

- MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6);

- DECLARATION OF DEBRA A. CLIFFORD IN SUPPORT OF THE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6).

#1738014 v1
110222-71671

3. In addition, on December 23, 2011, I caused the above document to be served by electronic mail on the parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I certify that the foregoing statements made by me are true. I am aware that if any of the above statements are false, I am subject to punishment.

| | |
|---|---|
| Dated: December 23, 2011 | /s/ Natasha M. Songonuga<br>Natasha M. Songonuga, Esq. (5391)<br>**GIBBONS P.C.**<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com<br><br>-and-<br><br>Brian J. McMahon, Esq.<br>E. Evans Wohlforth, Jr., Esq.<br>Debra A. Clifford, Esq.<br>One Gateway Center<br>Newark, NJ 07102-5310<br>E-mail: bmcmahon@gibbonslaw.com<br><br>*Counsel to James R. Zazzali, Trustee for the DBSI Estate Litigation Trust and Trustee for the DBSI Private Actions Trust* |